May 19, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

THE PENN INSURANCE AND ANNUITY COMPANY, AND THE PENN MUTUAL LIFE INSURANCE COMPANY, Appellants

NO. 14-14-00986-CV                    V.

CHAD KURIGER, Appellee

_____

This cause, an appeal from the judgment in favor of appellee Chad Kuriger, signed November 18, 2014, was heard on the transcript of the record. We have inspected the record and find as a matter of law that there was no breach of contract committed by appellants The Penn Insurance and Annuity Company and The Penn Mutual Life Insurance Company. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellee Chad Kuriger take nothing on his claims.

We further order that all costs incurred by reason of this appeal be paid by appellee Chad Kuriger.

We further order this decision certified below for observance.